# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

George Nathaniel, III; City of God Kingdom Ministries Network; Bertha La'Near; Betty Samuels; Jimmy Morris; and Mary Tupper,

    Plaintiffs,

v.

US Supreme Court,

    Defendant.

Civ. No. 18-2015 (PJS/BRT)

**ORDER**

This matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated August 7, 2018. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Plaintiffs' application for a writ of habeas corpus, (Doc. No. 2), is **DENIED**;

2. This action is **DISMISSED WITHOUT PREJUDICE**; and

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 9/11/18

    s/Patrick J. Schiltz
    PATRICK J. SCHILTZ
    United States District Judge